# In the United States Court of Federal Claims

Filed:  February 14, 2018

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 17-9002L |
| THIS DOCUMENT APPLIES TO: ALL DOWNSTREAM CASES | |

## ORDER

On December 5, 2017, the court issued Management Order No. 3 in the above-captioned case, that directed the Government to file any Motion To Dismiss, pursuant to Rule of the United States Court of Federal Claims ("RCFC") 12(b)(1)–(7), on or by February 15, 2018.  ECF No. 2, Ct. Att. A at 3.

On February 14, 2018, the Government filed an Unopposed Motion For A One-Day Extension Of Time To File Its Motion To Dismiss.  ECF No. 45.  The February 14, 2018 Unopposed Motion states that the Government "seeks a one-day enlargement of time to finalize its brief and obtain appropriate supervisory review, in order to provide a brief that best aids the [c]ourt in addressing the various issues present in these actions."  ECF No. 45 at 1.

For good cause shown, the Government's February 14, 2018 Unopposed Motion is granted, in part.  The Government is directed to file any Motion To Dismiss, pursuant to RCFC 12(b)(1)–(7), by 12:00 PM (EST) on Tuesday, February 20, 2018.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**